# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BRUCE HARRISON BIRCH,<br>Petitioner,<br>vs.<br>THE HONORABLE PATRICK FLANAGAN, DISTRICT JUDGE,<br>Respondent. | No. 71153 |
| BRUCE HARRISON BIRCH,<br>Petitioner,<br>vs.<br>THE HONORABLE PATRICK FLANAGAN, DISTRICT JUDGE,<br>Respondent. | No. 71379 |

**FILED**

JAN 1 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITIONS*

These original petitions appear to seek a writ of mandamus directing respondent to recuse himself from any cases involving petitioner.[1] Having reviewed the petitions, we are not convinced that petitioner has met his burden of demonstrating that our intervention is warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *see also Round Hill Gen. Imp. Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981). We therefore

ORDER the petitions DENIED.

_____, J.
Douglas

_____, J.        _____, J.
Gibbons                        Pickering

---

[1]We grant petitioner's motion to consolidate these matters. The motions for extension of time and to amend the caption are denied.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-01309

cc: Hon. Patrick Flanagan, District Judge
Bruce Harrison Birch
Attorney General/Carson City
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A